IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CARLA Y. CURRY,
:
        Plaintiff,
:
   vs.                           Case No. 3:04cv026
:
DEPARTMENT OF VETERANS AFFAIRS,   JUDGE WALTER HERBERT RICE
:
        Defendant.

---

ENTRY OF DISMISSAL, WITHOUT PREJUDICE, FOR WANT OF
PROSECUTION AND FOR FAILURE TO EFFECT TIMELY SERVICE;
TERMINATION ENTRY

---

The captioned cause was filed on January 28, 2004, and a summons issued on that date to the Defendant. To date, March 29, 2007, there is no indication on the record/docket that such service has been made. Accordingly, the captioned cause is ordered dismissed, without prejudice, both for want of prosecution and for failure to effect service within the period fixed by the Federal Rules of Civil Procedure.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

                                             /s/ Walter Herbert Rice

March 29, 2007                        WALTER HERBERT RICE
                                         UNITED STATES DISTRICT JUDGE

Copies to:

John R. Folkerth, Jr., Esq.

Courtesy Copy to:

Dale Ann Goldberg, Esq.